COREY LAKIN *v.* DAVID LAKIN

*Glenn Gazin,* in support of the petition.

*Diane M. Andersen,* in opposition.

Decided September 12, 2002

ROXANN AMES *v.* COMMISSIONER OF
MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 70 Conn. App. 790 (AC 21320), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that, pursuant to General Statutes § 14-52, the plaintiff was not entitled to recover punitive damages and attorney's fees against the surety bond issued by the intervening defendant, Western Surety Company?"

The Supreme Court docket number is SC 16831.

*Joanne S. Faulkner,* in support of the petition.

*Jan M. Localio* and *Gary M. Case,* in opposition.

Decided September 12, 2002